# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00595-CV

**RCBS, LP, Appellant**

**v.**

**ERO International, LLP; Daniel Block; and Halff Associates, Inc., Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
NO. D-1-GN-07-001442, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant RCBS, LP has filed an unopposed motion requesting abatement of this appeal while the parties explore settlement of their dispute. We grant the motion and abate the appeal until February 12, 2009. If the settlement has been finalized by that date, the parties are instructed to file a motion to reinstate and dismiss the appeal in accordance with their settlement agreement. If the parties have not finalized their settlement by that date, they are instructed to file a report informing this Court about the status of the appeal and requesting an extension of the abatement.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Abated

Filed:   November 14, 2008